**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

International Paper Company,

       Plaintiff,

       v.                                Case No. 1:12cv634

Smart Papers Holdings, LLC,                Judge Michael R. Barrett

       Defendant.

       **AND**

City of Hamilton,

       v.                                Case No. 1:12cv663

International Paper Company,                Judge Michael R. Barrett

## <u>ORDER</u>

It is **ORDERED** that this action is hereby **RESOLVED**, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                      *s/Michael R. Barrett*
                                    Michael R. Barrett
                                    United States District Judge