# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

International Paper Company,

    Plaintiff,

    v.                                         Case No. 1:12cv634

Smart Papers Holdings, LLC,             Judge Michael R. Barrett

    Defendant.

**AND**

City of Hamilton,

    v.                                           Case No. 1:12cv663

International Paper Company,            Judge Michael R. Barrett

## ORDER

    It is **ORDERED** that this action is hereby **RESOLVED**, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action.

    The Court retains jurisdiction.

    **IT IS SO ORDERED.**

                                                              *s/Michael R. Barrett*
                                                               Michael R. Barrett
                                                               United States District Judge